# PRECON MARINE INC.

| Number | Amount | Invoice Date | Due Date | Late Date | Equipment ID | Days Late | Daily Rate 018/365 | Interest To Date |
|---|---|---|---|---|---|---|---|---|
| 21651 | 1,620.00 | 05/01/2017 | 16-May-17 | 16-May-17 | JMC-76/57 | 889 | 0.00049315 | $ 710.23 |
| 21592 | 28,620.00 | 05/16/2017 | 31-May-17 | 31-May-17 | JMC-76/57 | 874 | 0.00049315 | $ 12,335.61 |
| 21632 | 7,420.00 | 06/01/2017 | 11-Jun-17 | 11-Jun-17 | JMC-120 | 863 | 0.00049315 | $ 3,157.87 |
| 21707 | 8,692.00 | 06/10/2017 | 25-Jun-17 | 25-Jun-17 | JMC-158 | 849 | 0.00049315 | $ 3,639.21 |
| 21714 | 28,620.00 | 06/16/2017 | 1-Jul-17 | 1-Jul-17 | JMC-76/57 | 843 | 0.00049315 | $ 11,898.08 |
| 21784 | 2,544.00 | 06/29/2017 | 14-Jul-17 | 14-Jul-17 | JMC-85 | 830 | 0.00049315 | $ 1,041.30 |
| 21748 | 7,420.00 | 07/01/2017 | 11-Jul-17 | 11-Jul-17 | JMC-120 | 833 | 0.00049315 | $ 3,048.10 |
| 21747 | 28,620.00 | 07/16/2017 | 31-Jul-17 | 31-Jul-17 | JMC-76/57 | 813 | 0.00049315 | $ 11,474.66 |
| 21838 | 7,420.00 | 08/01/2017 | 11-Aug-17 | 11-Aug-17 | JMC-120 | 802 | 0.00049315 | $ 2,934.66 |
| 21837 | 28,620.00 | 08/16/2017 | 31-Aug-17 | 31-Aug-17 | JMC-76/57 | 782 | 0.00049315 | $ 11,037.13 |
| 21947 | 7,420.00 | 09/01/2017 | 11-Sep-17 | 11-Sep-17 | JMC-120 | 771 | 0.00049315 | $ 2,821.23 |
| 21946 | 28,620.00 | 09/16/2017 | 1-Oct-17 | 1-Oct-17 | JMC-76/57 | 751 | 0.00049315 | $ 10,599.59 |
| 22049 | 7,420.00 | 10/01/2017 | 11-Oct-17 | 11-Oct-17 | JMC-120 | 741 | 0.00049315 | $ 2,711.45 |
| 22149 | 7,420.00 | 11/01/2017 | 11-Nov-17 | 11-Nov-17 | JMC-120 | 710 | 0.00049315 | $ 2,598.02 |
| 22302 | 7,420.00 | 12/01/2017 | 11-Dec-17 | 11-Dec-17 | JMC-120 | 680 | 0.00049315 | $ 2,488.24 |
| 22431 | 7,420.00 | 01/01/2018 | 11-Jan-18 | 11-Jan-18 | JMC-120 | 649 | 0.00049315 | $ 2,374.81 |
| 22581 | 7,420.00 | 02/01/2018 | 11-Feb-18 | 11-Feb-18 | JMC-120 | 618 | 0.00049315 | $ 2,261.37 |
| 22684 | 7,420.00 | 03/01/2018 | 11-Mar-18 | 11-Mar-18 | JMC-120 | 590 | 0.00049315 | $ 2,158.92 |
| 22805 | 7,420.00 | 04/01/2018 | 11-Apr-18 | 11-Apr-18 | JMC-120 | 559 | 0.00049315 | $ 2,045.48 |
| 22923 | 7,420.00 | 05/01/2018 | 11-May-18 | 11-May-18 | JMC-120 | 529 | 0.00049315 | $ 1,935.71 |
| 23048 | 7,420.00 | 06/01/2018 | 11-Jun-18 | 11-Jun-18 | JMC-120 | 498 | 0.00049315 | $ 1,822.27 |
| 23157 | 7,420.00 | 07/01/2018 | 11-Jul-18 | 11-Jul-18 | JMC-120 | 468 | 0.00049315 | $ 1,712.50 |
| 23256 | 7,420.00 | 08/01/2018 | 11-Aug-18 | 11-Aug-18 | JMC-120 | 437 | 0.00049315 | $ 1,599.06 |
| 23373 | 7,420.00 | 09/01/2018 | 11-Sep-18 | 11-Sep-18 | JMC-120 | 406 | 0.00049315 | $ 1,485.63 |
| 23472 | 7,420.00 | 10/01/2018 | 11-Oct-18 | 11-Oct-18 | JMC-120 | 376 | 0.00049315 | $ 1,375.85 |
| 23579 | 7,420.00 | 11/01/2018 | 11-Nov-18 | 11-Nov-18 | JMC-120 | 345 | 0.00049315 | $ 1,262.42 |
| 23729 | 7,420.00 | 12/01/2018 | 11-Dec-18 | 11-Dec-18 | JMC-120 | 315 | 0.00049315 | $ 1,152.64 |
| 23782 | 7,420.00 | 01/02/2019 | 12-Jan-19 | 12-Jan-19 | JMC-120 | 283 | 0.00049315 | $ 1,035.55 |
| 23846 | 7,420.00 | 02/01/2019 | 11-Feb-19 | 11-Feb-19 | JMC-120 | 253 | 0.00049315 | $ 925.77 |
| 23927 | 7,420.00 | 03/01/2019 | 11-Mar-19 | 11-Mar-19 | JMC-120 | 225 | 0.00049315 | $ 823.32 |

**Total Due** $ 319,196.00          Total Interest Due as of   22-Oct-19   $ 106,466.64

Interest Per Day  $  157.41

**EXHIBIT 1**